UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:23-cv-02354-RBD-RMN

THE GRAND COQUINA CONDO
ASSN, INC.,

    Plaintiff,

vs.

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.
_____/

## MEDIATOR'S REPORT

The above captioned case was mediated by Zoom on September 18, 2024. Mauro Porcelli (Association President) and Jeff Sussman (Treasurer) appeared for Plaintiff along with its attorney Joseph Kessler.   Kim Britt appeared for Defendant along with its attorney Ted Brenner.

Mediation resulted in an IMPASSE.

/s/ Eric S. Kleinman
**Eric S. Kleinman**
K&A Mediation
Florida Bar No. 964158
Mediator No. 17650RA
*Florida Supreme Court Certified Circuit Court & Appellate Mediator*
*U.S.D.C., Southern/Middle District of Florida Certified Mediator*

2525 Ponce De Leon Boulevard, #300
Coral Gables, Florida 33134
Telephone: (305) 377-2728
Email: eric@kamediation.com
www.kamediation.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was eserved to the following this 18TH day of September, 2024:

All Counsel of Record

/s/ Eric S. Kleinman