# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| THE GRAND COQUINA CONDO ASSN, INC., <br><br> Plaintiff, <br><br> v. <br><br> WRIGHT NATIONAL FLOOD INSURANCE COMPANY, <br><br> Defendant. | Case No. 6:23-cv-02354-RBD-RMN |

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, THE GRAND COQUINA CONDO ASSN, INC., by and through the undersigned counsel, hereby serves this Notice of Settlement, notifying this Honorable Court that the parties have resolved this matter.

DATE: January 6, 2025

Respectfully submitted,

*/s/Joseph R. Kessler, Esq.*
JOSEPH R. KESSLER, ESQ.
Florida Bar No.: 119232
**DENNIS KESSLER, PLLC**
Attorneys for Plaintiffs
333 SE 2nd Avenue, Suite 2000,
Miami, FL 33131
Phone: (813) 607-5111
Fax: (813) 522-6157
Primary: jkessler@dklawfl.com
Secondary: jherrera@dklawfl.com
e-service email address: eservice@dklawfl.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic mail on this 6th day of January, 2025, to the following:

United States Magistrate Judge Daniel C. Irick
Chambers_flmd_Irick@flmd.uscourts.gov


Joel W. Morgan (FBN: 1010062)
Butler Snow LLP
919 East Main Street, Suite 600
Richmond, VA 23219
Direct: (804) 762-6027
Telephone: (804) 762-6030
Facsimile: (804) 762-6031
Email: joel.morgan@butlersnow.com
christina.citino@butlersnow.com
*Lead Counsel for Defendant,*
Wright National Flood Insurance Company

                                                                   By: /s/Joseph R. Kessler
                                                                   Joseph R. Kessler, Esq.
                                                                   Florida Bar No.: 119232